IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVE D. YOUNG                                                                                                  PLAINTIFF

v.                                              Case No. 6:19-cv-6111

C.R. BARD, INC. and
PERIPHERAL VASCULAR, INC.                                                                          DEFENDANTS

### ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. ECF No. 37. The parties stipulate that this case should be dismissed with prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendants. Thus, Plaintiff's claims against Defendants were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**, with each side bearing their own fees and costs.

**IT IS SO ORDERED**, this 11th day of March, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge